IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA R.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 24-74 GBW

LEE DUDEK, *Acting Commissioner of the Social Security Administration*[1],

    Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, AFFIRMING the decision of the Commissioner of the Social Security Administration and DISMISSING this action WITH PREJUDICE.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] Lee Dudek is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil procedure, Lee Dudek should be substituted for Commissioner Martin O'Malley as the defendant in this suit.